JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERBERT CASTENEDA, | Case No. EDCV 07-0496-CAS (RNB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this actions is dismissed with prejudice.

DATED: January 17, 2008

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 1-18-08
DEPUTY CLERK